IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEDRO CASANOVA, #09102-052, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-816-WHA |
| ) | WO |
| SCOTT A. MIDDLEBROOKS, ) | |
| WARDEN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

There being no objections to the Recommendation of the Magistrate Judge filed herein on August 23, 2007 (Doc. #17), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the ORDER of this court that

This case be DISMISSED with prejudice as moot.

Done this 13th day of September, 2007.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE