IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEDRO CASANOVA, #09102-052, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT A. MIDDLEBROOKS, )<br>WARDEN, )<br>)<br>  Defendant. ) | 2:05-CV-816-WHA<br>   WO |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action is DISMISSED with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 13th day of September, 2007.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE